COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                   DISTRICT COURT DEPARTMENT
                                               BRIGHTON DIVISION
                                               DOCKET NO.

| | |
|---|---|
| SALLIE MAE SERVICING, L.P., ) | |
|     Plaintiff ) | |
| v. ) | STATEMENT OF DAMAGES |
| ) | |
| SUEANNE DAVOOD, ) | |
|     Defendant ) | |

    The Plaintiff, Sallie Mae Servicing, L.P., hereby asserts by and through its attorneys, Zwicker & Associates P.C., that it seeks the following money damages through the attached complaint:

| | |
|---|---|
| Principal | $31,182.05 |
| Interest through October 8, 2001 | 3,143.91 |
|   Accrued at a variable rate as provided in the promissory note | |
| Attorney's Fees at 15% | 4,677.30 |
| Total | $39,003.26 |

    These figures do not reflect additional interest from October 8, 2001 to the present for which the Defendant is liable and as prayed for in the Plaintiff's ad damnum.

                                               Attorney for Plaintiff
                                               Zwicker & Associates, P.C.
                                               Arthur J. Tessimond Jr., Esq.
                                               BBO # 562130
                                               Jocelyn Thomsen, Esq.
                                               BBO # 644330
                                               100 Old River Road
                                               Andover, MA 01810-1198
                                               (978) 686-2255

A true copy, Attest
Asst. Clerk

Dated: 12-14-01

FILED DEC 17 2001 BRIGHTON DISTRICT COURT

| Trial Court of Massachusetts District Court Department | DATE FILED 12/17/01 | TIME STANDARDS-TRIAL REQUEST DEADLINE 1/2/03 | | DOCKET NUMBER 0108 CV 0430 |
|---|---|---|---|---|
| | PLAINTIFF Sallie Mae Servicing, L.P. | | DEFENDANT Davood, Sueanne | |
| Brighton District Court 52 Academy Hill Road Brighton, MA 02135 | PLAINTIFF ATTORNEY Arthur J. Tessimond, Jr. Zwicker & Associates, P.C. 100 Old River Road, Andover, MA 01810-1098 | | DEFENDANT ATTORNEY | |
| | MONEY DAMAGE ACTION (TIME STANDARDS) ☐ Remand  ☒ District Court Filing | | ☐ SUMMARY PROCESS  ☐ VICTIM VIOLENT CRIME  ☐ OTHER CIVIL | |

## JUDGMENT BY DEFAULT
(Rule 55(b)(2))

Upon request of ___the above named___, plaintiff herein whose claim against ___the above named___, defendant herein, is for a sum certain or a sum which can by computation be made certain, and upon said plaintiff's affidavits duly filed, judgment is hereby entered on behalf of the above named plaintiff against the above-named defendant, (who has been defaulted) ~~(who has failed to file interrogatories pursuant to Rule 33(a))~~, in the sum of $ __31,182.05__, with interest thereon from __Oct. 8, 2001__ to __Oct. 16, 2003__ as provided by law in the amount of $ __3,143.91__, with costs in the amount of $ __129.70__.

_____
(Assistant Clerk)

__October 16, 2003__
(Date)

Judgment entered on docket on __October 16, 2003__ pursuant to Rules 58(a) and 79(a) and notice thereof sent on __October 16, 2003__ pursuant to Rule 77(d).

A true copy. Attest:

_____ Asst. Clerk

**SallieMae**
www.SallieMae.com

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

Account Number: 9359193496-1

COMMONWEALTH OF MASS/TRIAL CT
BOSTON MUNICPL DEPT
CIVL BZNS ROOM 1006
BOSTON          MA    02109

Dear COMMONWEALTH OF MASS/TRIAL CT:                           07/26/10

I, Diane Klinges, representing
HICA EDUCATION LOAN CORPORATION, in consideration of the
funds paid by the United States of America, hereby assign to the
assignee, the judgement recovered on 10/16/03 docketed
in Boston Municipal, Massachusetts, Case No. 0108 CV 0430,
against SUEANNE DAVOOD.

Assignor authorizes the United States of America to ask, demand,
receive and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The assigenor's address is: HICA EDUCATION LOAN CORPORATION,
3900 W TECHNOLOGY CIRCLE, SIOUX FALLS, SD,
57106, (605) 361-5051.

The Assignee's address is: United States of America, United States
Department of Health and Human Services, Debt Management Branch,
5600 Fishers Lane, Room 8B-45, Rockville, MD 20857, 301-443-1782.

I have executed this assignment at HICA EDUCATION LOAN CORPORATION,
on 07/26/10.

Diane Klinges *[signature]*
_____
(typed name of the signee)

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

Para comunicarse en Espanol con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

935919349655961698


L115    E17819    4880